No. 1324, Misc.  OPPENHEIM ET AL. *v.* STERLING ET AL., 386 U. S. 1011;

No. 1411, Misc.  LIPKA, ADMINISTRATRIX, ET AL. *v.* UNITED STATES ET AL., 387 U. S. 935;

No. 1597, Misc.  BLANCHARD, DBA INFERNO Co. *v.* TEX-STEAM CORP. ET AL., 387 U. S. 936; and

No. 1623, Misc.  BRYANS *v.* UNITED STATES, 387 U. S. 903.  Petitions for rehearing denied.

No. 665.  KLEIN *v.* KLEIN, 385 U. S. 973, 1032.  Motion for leave to file second petition for rehearing denied.

No. 801, Misc., October Term, 1965.  CORCORAN *v.* YORTY ET AL., see, *e. g.*, 384 U. S. 982.  Motion for leave to file fourth petition for rehearing denied.